

| Case | Docket | Date | Disposition |
|---|---|---|---|
| Raymond v. State | 16–0371 | 05/03/2017 | Affirmed |
| State v. Britt | 16–0388 | 05/03/2017 | Appeal Dismissed |
| Crane, In re Marriage of | 16–0403 | 05/03/2017 | Affirmed as Modified on Appeal; Affirmed on Cross-Appeal |
| Romantix Holdings, Inc. v. Iowa Department of Revenue | 16–0416 | 05/03/2017 | Affirmed |
| State v. Thompson | 16–0443 | 05/03/2017 | Affirmed |
| State v. Bentley | 16–0459 | 05/03/2017 | Affirmed |
| Leo, In re Marriage of | 16–0557 | 05/03/2017 | Affirmed |
| Curtis v. State | 16–0562 | 05/03/2017 | Writ Annulled |
| State v. Archer | 16–0590 | 05/03/2017 | Affirmed |
| State v. Sams | 16–0656 | 05/03/2017 | Affirmed |
| Doe v. Iowa Department of Human Services | 16–0664 | 05/03/2017 | Affirmed |
| Johnson–Jeffers v. State | 16–0680 | 05/03/2017 | Affirmed |
| State v. Barker | 16–0686 | 05/03/2017 | Affirmed |
| State v. Taylor | 16–0762 | 05/03/2017 | Affirmed |
| State v. Delacy | 16–0827 | 05/03/2017 | Affirmed |
| State v. Derby | 16–0844 | 05/03/2017 | Affirmed |
| Zimmer & Francescon, Inc. v. Rice Lake Contracting Corp. | 16–0934 | 05/03/2017 | Affirmed |
| GreatAmerica Financial Services Corporation v. Prestwood Funeral Home, Inc. | 16–0940 | 05/03/2017 | Affirmed and Remanded |
| State v. Krutsinger | 16–0963 | 05/03/2017 | Affirmed |
| Rose, In re Marriage of | 16–1023 | 05/03/2017 | Affirmed |
| State v. Nelson | 16–1087 | 05/03/2017 | Affirmed |
| State v. Weitzel | 16–1112 | 05/03/2017 | Convictions and Sentences Vacated and Remanded |
| State v. Batteau | 16–1138 | 05/03/2017 | Affirmed |
| State v. Harris | 16–1139 | 05/03/2017 | Affirmed |
| Baker v. Jones | 16–1164 | 05/03/2017 | Affirmed |
| State v. Mure | 16–1169 | 05/03/2017 | Affirmed |
| Lang, In re Marriage of | 16–1186 | 05/03/2017 | Affirmed |
| State v. Petro | 16–1215 | 05/03/2017 | Affirmed |
| Banwart v. 50th Street Sports, L.L.C. | 16–1218 | 05/03/2017 | Affirmed |
| State v. Craig | 16–1262 | 05/03/2017 | Affirmed |
| J.B.H., In re Adoption of | 16–1308 | 05/03/2017 | Affirmed |
| State v. Barnhart | 16–1332 | 05/03/2017 | Affirmed |
| Baker v. State | 16–1375 | 05/03/2017 | Affirmed |
| State v. Moore | 16–1376 | 05/03/2017 | Affirmed |
| Woods v. State | 16–1385 | 05/03/2017 | Affirmed |
| I.M.H., In Interest of | 16–1526 | 05/03/2017 | Affirmed |
| State v. Smith | 16–1528 | 05/03/2017 | Affirmed |
| D.S., In Interest of | 16–1573 | 05/03/2017 | Reversed and Remanded |
| Petition of Fuerstenberg, Concerning Frette, In re | 16–1592 | 05/03/2017 | Affirmed as Modified |